IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | : |
| | :    Case No. 1:20-CR-100 |
| v. | : |
| | : |
| FELICIA DONALD | : |
| | : |
| Defendant. | : |

## MEMORANDUM IN SUPPORT OF MOTION
## TO RESCHEDULE SENTENCING

Your defendant, FELICIA DONALD, wishes to exercise her right to counsel of choice for further proceedings in this case. *See United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006), which recognizes her right to counsel of choice. A defendant is also entitled to effective assistance of counsel who knows both the facts and the law governing the case. *See Strickland v. Washington*, 466 U.S. 668 (1984). The right to effective, informed counsel applies to "all 'critical' stages of the criminal proceedings." *Montejo v. Louisiana*, 556 U.S. 778, 786 (2009). This fundamental principle of justice applies equally in the context of a case that is to be resolved by a plea bargain. *See Hill v. Lockhart*, 474 U.S. 52 (1985); *See also Padilla v. Kentucky*, 559 U.S. 356 (2010).

The Defendant, at sentencing, as much as in any other phase of the case, is entitled to the informed and considered deliberations of counsel, as held by

the Fourth Circuit in *Coles v. Payton*, 389 F.2d 224 (4th Cir. 1998). Counsel is requesting the necessary time for a full review of the voluminous discovery provided by the prosecution and to conduct its own investigation. An extension of time will allow counsel the needed consultation with specialized experts which is necessary for informed decisions, well presented issues, and effective assistance to the defendant.

                                          FELICIA DONALD
                                          By Counsel

_____/S/_____
Bret D. Lee, Esq. (VSB #82337)
15021 Judicial Drive Suite 105
Fairfax, VA 22030
703 936 0580
bret@bretlee.com
*Counsel for Defendant*

_____/S/_____
Marvin D. Miller, Esq. (VSB #1101)
1203 Duke Street
Alexandria, Virginia 22314
703 548 5000
ofc@mdmillerlaw.com
*Counsel for Defendant*