# EXHIBIT 1

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA    .    Criminal No. 1:20cr100
                            .
     vs.                    .    Alexandria, Virginia
                            .    May 4, 2020
FELICIA LYN DONALD,         .    12:01 p.m.
                            .
          Defendant.        .
                            .
. . . . . . . . . . .

TRANSCRIPT OF PRE-INDICTMENT PLEA HEARING
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:           RAJ PAREKH, AUSA
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, VA 22314


FOR THE DEFENDANT:            SEAN A. SHERLOCK, ESQ.
                              Dischley Law, PLLC
                              9255 Center Street, Suite 300 B
                              Manassas, VA 20110


OFFICIAL COURT REPORTER:      ANNELIESE J. THOMSON, RDR, CRR
                              U.S. District Court, Third Floor
                              401 Courthouse Square
                              Alexandria, VA 22314
                              (703)299-8595




                    (Pages 1 - 48)




          COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

44

1  sentencing.  Do you understand that?
2          THE DEFENDANT:  Yes.
3          THE COURT:  All right.  You must continue to live at
4  your current address, and you're not to leave the Washington
5  Metropolitan area without permission in advance from the
6  Pretrial Office.  Do you understand that?
7          THE DEFENDANT:  Yes.
8          THE COURT:  All right.  You are to avoid any contact
9  with any of the known coconspirators or potential witnesses
10 unless counsel is present.  Do you understand that?
11         THE DEFENDANT:  Yes.
12         THE COURT:  You must report as directed to both the
13 Pretrial Services and Probation Offices.  Do you understand
14 that?
15         THE DEFENDANT:  Yes.
16         THE COURT:  You may not possess a firearm,
17 destructive device, or other dangerous weapon.  Are there any
18 in your household?
19         THE DEFENDANT:  No.
20         THE COURT:  All right.  Because you now are a
21 convicted felon --
22         THE DEFENDANT:  Right.
23         THE COURT:  -- and it's a new federal offense to be
24 in possession of such items.
25         You may not use alcohol to excess or use or possess

```
                                                                45
 1   any illegal drugs.  Do you understand that?
 2             THE DEFENDANT:  Yes.
 3             THE COURT:  You are required -- did you bring your
 4   passport with you today?
 5             THE DEFENDANT:  No.
 6             THE COURT:  Counsel?
 7             THE DEFENDANT:  I couldn't find it.
 8             MR. SHERLOCK:  Your Honor, it's in her home.  She's
 9   just not been able to locate it since we spoke to Mr. Parekh.
10             THE DEFENDANT:  Yeah.
11             THE COURT:  All right.  I want that passport produced
12   within -- by three business days?
13             MR. SHERLOCK:  Very good, Your Honor.
14             THE COURT:  All right.  And that will be turned over
15   to the Pretrial Office.
16             You are not permitted to obtain a passport or travel
17   documents.  Do you understand that?
18             THE DEFENDANT:  Right, yes.
19             THE COURT:  All right.  You'll have to undergo
20   substance abuse testing and/or treatment as directed by the
21   Probation -- Pretrial Office.
22             THE DEFENDANT:  Yes.
23             THE COURT:  All right.  ==You have to cease all medical==
24   ==practice and immediately report your conviction to the Virginia==
25   ==Department of Health Professions, and you cannot prescribe or==
```

1  be involved in any kind of medical work.
2          THE DEFENDANT: Right, yes.
3          THE COURT: Do you understand that?
4          THE DEFENDANT: Um-hum.
5          THE COURT: And lastly, any employment that you may
6  take on has to be approved in advance by Pretrial Services; and
7  your employer has to be advised of these charges.
8          THE DEFENDANT: Right.
9          THE COURT: Do you understand that?
10         THE DEFENDANT: Yes.
11         THE COURT: All right. Are there any other
12 conditions of release the government is requesting?
13         MR. PAREKH: Your Honor, we would ask that to the
14 extent the defendant is in possession of any blank
15 prescriptions or prescription pads, that those also be
16 surrendered to Pretrial Services; and then I believe Your Honor
17 said this just now, but we want to make it clear that she
18 should not -- given that she's no longer a practicing medical
19 doctor and surrendering her medical license, she should not
20 provide any medical advice whatsoever to prior and current
21 patients.
22         So, for example, if any of her prior patients call
23 and say, hey, I know you can't write me a script, but what do
24 you think about me taking this amount of dosage? Would that be
25 okay, Ms. Donald?

47

1       THE DEFENDANT:  Yeah, that's fine.
2       MR. PAREKH:  We don't want any medical advice
3  whatsoever being provided to anyone.
4       THE DEFENDANT:  That's fine.
5       THE COURT:  All right.  I'm just putting that down.
6  So I'm adding no medical advice to anyone, even former
7  patients.
8       Do you understand that?
9       THE DEFENDANT:  Correct.
10      THE COURT:  All right.  When you leave court today,
11 you're going to need to go to several places.  First you'll
12 have to execute the bond papers, which I think you can probably
13 do here in the courtroom.  Then you're going to need to go down
14 to the Marshals Service, where you'll be fingerprinted and
15 processed.  I believe they're expecting you.
16      Then you need to go upstairs to the third floor to
17 the Pretrial Office, where they will double-check your --
18 explain to you how bond works; and then you'll have to go down
19 the hall to the Probation Office to start the presentence
20 investigation.
21      THE DEFENDANT:  Okay.
22      THE COURT:  And, counsel, I think you've been through
23 that drill before here, haven't you?
24      MR. SHERLOCK:  Yes, Your Honor.
25      THE COURT:  All right.  That's fine.

48

1       All right.  Is there anything else we need to address
2  in this case right now?
3       MR. PAREKH:  Not from the government, Your Honor.
4       THE COURT:  No?
5       MR. SHERLOCK:  No, Your Honor.
6       THE COURT:  All right.  Then you're all free to go,
7  and we'll recess court for the day.
8                    (Which were all the proceedings
9                    had at this time.)
10
11            CERTIFICATE OF THE REPORTER
12     I certify that the foregoing is a correct transcript of
13  the record of proceedings in the above-entitled matter.
14
15
16                              /s/
                         Anneliese J. Thomson
17
18
19
20
21
22
23
24
25