IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA : 

    v. : Case No. 1:20-cr-100

FELICIA DONALD :

    Defendant :

## MOTION FOR LEAVE TO FILE UNDER SEAL

**COMES NOW,** Felicia Donald, through counsel and requests leave of Court to file two pleadings under seal. Allowing this filing is consistent with this Court's rules and procedures requirement.

                        FELICIA DONALD
                        By Counsel

_____/S/_____
BRET D. LEE, ESQ.
VSB No. 82337
15021 Judicial Drive Suite 105
Fairfax, VA 22030
703 936 0580
bret@bretlee.com

_____/S/_____
MARVIN D. MILLER, ESQ.
VSB No. 1101
Law Office of Marvin D. Miller
1203 Duke Street
Alexandria, Virginia 22314
703 548-5000
Fax 703 739-0179
ofc@mdmillerlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of November 2020, a true copy hereof was filed using the ECF system, providing a copy to Raj Parekh, Assistant United States Attorney, United States Attorney's Office, Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314-5794.

                                                  _____/S/_____
                                                  MARVIN D. MILLER