**From:** Neda <~~needahashemif@hotmail.com~~>
**Sent:** Friday, November 20, 2020 4:17 PM
**To:** ofc mdmillerlaw.com
**Subject:** Dr Felicia Donald

The Honorable Judge Brinkema,

Thank you for allowing me to write a few words in support of my colleague and friend Dr Felicia Donald. I have known her for over 18 years, first as a colleague, and eventually as a friend. She is a good hearted woman. She has always been honest and trustworthy and always ready to help anyone from the nurses to the doctors and to all the workers in the hospital which most people ignore, such as housekeeping, cafeteria workers, and other essential workers in the hospital. She had cross covered with my practice for several years without any problems.

I had the opportunity to become the director of minimally invasive surgery and chairman of the department of obstetrics and gynecology at Inova fair oaks hospital from 2016-2019. Part of my responsibilities was to oversee any problems or complications in patient care. Without giving out too much privileged detail, I had notice that she was having more lapses of judgment and making poor choices. She trusted the wrong people. She hired people that may have had poor character. She always saw the good in people and couldn't see the red flags most of us would have easily picked up on. I was very concerned about her mental health and status at times, but she always would say she was fine. She endured the stresses of being a single mom, running a private practice, lack of sleep and being primary care taker of her elderly father and a brother with a mental disability. Through all this, she never complained. She has always been a good woman. Never cared about money or material things. I know that in her heart , she believes she was helping people. Looking back, I now see behavior changes, and perhaps, our responsibility as health care providers, is to look out for each other's mental health and not assume "everything is okay "

Thank you for taking the time to read this, and thank you for all the important work you do.

Neda Hashemi

1

November 20, 2020

The Honorable Judge Brinkema,

I am writing to you regarding Dr Felicia Donald. I have known her since 2002, when I started as a Labor and Delivery nurse at Fair Oaks Hospital. At that time, she was an OBGYN who had a busy solo practice. I left that job in 2006 to work in other departments, and returned after completing my Masters Degree in Nurse-Midwifery in 2011.

When I worked as a nurse, she was well-liked by staff. She was friendly and outgoing. She told funny stories about her teenagers who were always up to no good. And boy did they take advantage of having a busy single mom. She was generous to the nurses and would provide lunch when the unit was bursting with labor patients. She was low-intervention and very laid back – perfect for someone like me who enjoys letting women labor as nature intended. Now, some did say she was too easy going and laid back. She was very open to opinions and ideas when it came to managing her patients.

I returned as a midwife and was working alongside Dr Neda Hashemi – who was also a solo practice OBGYN. Neda occasionally needed to take a weekend off, and Felicia would cover me. (A midwife always needs someone readily available in case a client needs a Cesarean or other emergency). Again, she was very laid back and always happy to be my back-up. As long as I told her everything was OK, she never acted concerned. You might not think this is unusual, but it's very hard to find a person who is both easy to work with – and also willing to rush in at the first request for help. Most OBGYN's in that position want to micromanage the situation!

Once, Felicia and I delivered twins together. Twin B was breech, and expected to be 6 pounds. Most OBGYNs would insist on doing a Cesarean for the second breech twin, even if the first one is born vaginally. I asked her if we could do a breech vaginal birth for her, because she had a history of normal birth with a 9 pound baby – 2 years prior. Sure enough, it was easy to talk her into the idea, and Twin B slid out with no problem. She taught me the breech maneuvers as he was born. My patient was so grateful to be spared major surgery, and I was happy to have advocated so well for her.

In 2016, my doctor hired a partner, and then another. We had no need for Felicia's backup. But I still saw her around the unit. She started making some mistakes, but I brushed it off as bad luck. This happens in OB – you'll have a run of it sometimes. But it became clearer that it was her poor decision-making coming into play – and other OBs started picking up her slack. She had many colleagues who were willing to help when she dropped the ball – because she was so well-liked.

She joined a practice of two other OBs. They had been abusive to nurses and even their own patients for years. They were let go from other practices for being difficult. I asked her, what was she thinking? I even told her she was making a mistake, signing over her practice and her offices full of expensive equipment. She just said she was tired, tired of managing her own practice for so many years. Things are getting more complicated in medicine.

I've worked many years as an ER nurse, and I've met my fair share of drug addicts in this business. They are relentless in their pursuit of narcotics. They are angry and needy, and I think Felicia's personality was no match for them.

When I heard that she committed this crime, I only felt sadness. Sadness for her, sadness for the addicts, and sadness for the families. Sadness that such a kind, generous, and calm person could make these terrible decisions for herself, and waste her life's work as an honest obstetrician.

Sincerely,

Traci Marin, CNM

Judge Leonie M. Brinkema
℅ Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, Va 20110

Dear Judge Brinkema,


I have known Dr. Felicia Donald since 1979 when we worked on a blood drawing team at Georgetown Hospital in Washington, DC. We were on a shift between 5 am and 7am and went to our respective classes afterwards. I was in Dental School and Felicia was taking a physiology class with me at the same time. She went on to Eastern Virginia Medical School while I continued to study Dentistry at Georgetown University Dental School. We have remained friends and colleagues ever since.

Dr. Donald graduated, married and went on to residency in the OBGYN speciality. She sadly went through a divorce around that time. She returned to her home town in McLain, Virginia to start a practice and was admitted to an associate position. We shared stories about the sexism and the discrepancies in pay during those years. She married again and had two daughters from that union. Again, she divorced when the children were very young. That time was unpleasant to say the least and marred by a three year trial. Her husband filed for custody and alimony. He was an often out of work electrician and wanted to maximize his income post marriage.

A second man in her life, some years later, fathered a son and left her shortly after his birth.

During this time Felicia was also taking care of her mother who had cancer. She died two years or so after diagnosis in 1989. Felicia was very attached to her mother who was the wind beneath her sails. When she passed it was a severe blow to her and she suffered a brief period of depression.

Felicia raised her three children alone sans support from either father.
Her own aging father often needed assistance and additionally she had a brother who was diagnosed as a paranoid schizophrenic who needed constant attention.

Felicia and I had our children around the same time so their ages were close and we spent many weekends and holidays in each others homes. I moved in 1996 to Florida but we have remained close with visits and conversations.

Dr. Donald held on well in spite of her mothers death, divorces, family obligations and office responsibilities. Over the years she succeeded in building a practice which included many medicaid patients and others who were so needy that she often gave her services for free if they could not afford the small co-pays. We would have long conversations regarding the breakdown of the medical system in America and the lessening of safety nets.

When her children got older and family life calmed down she volunteered in 2013 in Guatemala with "Partners for Surgery", an organization based in McLean, Va. and later again in 2016 for "Helping Hands". Both were medical missions to help the poor.

During her many setbacks and obstacles, I admired her for doing more than I could do. We shared stories of sexism and harassment that punctuated our careers as well as the trials of raising our children with work obligations. I looked up to her for her perseverance, objectivity, and sense of fairness and yet compassion for the least able of her patients and family. All these attributes stood out as I followed and shared her personal life and career.

During these years my own dental career was derailed when a drunk driver ran into my car head on. I still managed to do some work but had to segue into alternative occupations to make a living. I volunteered exclusively for RAM (Remote Area Medicine)and a local clinic in Naples, Florida the last five years of my career. Felicia helped me regain my motivation to continue my dental career as much as was possible. I hope I can help her with her own difficulties as she goes through this year.

Due to the current circumstance, I fear not only for my friend but her immediate family. It will be a formidable task to find and pay for her father and brothers care. Even if she can find an alternative occupation in this awful Covis 19 atmosphere, her income will be severely diminished and thus the ability to support the two men, much less herself. With the ruination of her reputation, the felony , depression and disorientation that will ensue she will struggle to reinvent a new path to create a new life, an occupation and income.

Felicia is a resilient, intelligent and stable woman who will come out of this and work hard to regain her balance. She retains good associations , friends and a close family. I believe in her and will continue to be as supportive as I can and know she deserves.


Kind regards,

Cynthia Peel, DDS

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110


Judge Brinkema:

I am writing this letter on behalf of Felicia Donald with regards her upcoming sentencing. I have known Felicia Donald for the past forty years. We attended medical school together at Eastern Virginia Medical School in Norfolk, Virginia. After graduation, she went on to specialize in OB GYN while I specialized in Emergency Medicine. Over the years, we kept in contact, and I knew she had two divorces and two children during that time. Eighteen years later we reconnected and had a brief relationship and a son together.

Although I'm married and live out west now, I probably know her character and family situation as well as anyone.

First, Felicia has a good heart. It may sound like a cliché, but sometimes she seems to have too good of a heart and, in great part, her life has been a series of being taken advantage of by people. She is overly naïve in that respect. She often wants to please everyone and to be liked too much. I know I could ask her for anything—not just me, but almost anyone could—and she would try to do it. I know she is like that with her family, patients and employees, going overboard to try to meet their demands in ways that most of us would think ridiculous.

For the past forty years, Felicia has helped care for her brother Scottie who was diagnosed with schizophrenia as a teenager and has never been able to be employed. I have never seen Felicia act with anything but compassion for him. Now Scottie is severely overweight, suffers from diabetes, chain-smokes cigarettes and has developed severe chronic infected leg ulcers. Felicia arranges health care for him and visits several times a week. He calls her up on the phone daily only to curse at her and demand more money for his cigarettes, which she takes all in stride.

Ever since Felicia's mother died shortly after medical school, Felicia has also been her father's sole caregiver. Currently her 92-year-old father lives in her basement, which she has remodeled for him. Over the years he has helped him through numerous medical challenges, and he is always included in any family activities.

Along with supporting her daughters well into their twenties, Felicia has also, in great part, supported her older sister Julie, a one-time, small-bit actress in LA, who has been functionally unemployed for years.

I have never known Felicia to use drugs or abuse alcohol. Prior to all this in the forty years I've know Felicia, I've never heard her talk of controlled substances or show any interest in them. More recently (2014), our son Matthew got involved with drugs at Langley High School, and was failing out of school. Felicia, a single mother, when she could no longer handle the situation, sent him to live with me aware that was the best choice she could make in an attempt to do anything to keep him away from drugs.

Medically, I don't really know what kind of doctor Felicia was. I never practiced medicine in the same geographical area, but as

a physician myself, I do know that to practice medicine in Northern Virginia for thirty years without problems or censure requires a high level of competence. For close to forty years Felicia has woken up in the middle of night and rushed to the hospital to deliver a baby or perform emergency surgery, and seen tens of thousands of patients in her office. Felicia has always loved her profession. Over the years, I have heard from her about many of the uplifting deliveries she performed and the difficult surgeries along with the normal trials, ordeals, and emotional strain involved in practicing medicine. She truly cared about her patients and loved what she did.

All that said, Felicia is often gullible. She is often naïve. She sometimes has bad judgment. She doesn't always think things through. She can be easily swayed by other people's opinions or suggestions. Often—I hesitate to say it—she is just plain stupid. She has very little business sense.

Despite practicing medicine for years, her only real financial asset is her house, which has appreciated in value only due to the Northern Virginia real estate market.

Felicia is not greedy. I have never heard of her wanting a bigger house or to go on extravagant vacations. She has never wanted or had a lavish lifestyle but, despite her profession, was always simply struggling to support herself and those she cared for.

I have watched her go through multiple OB GYN business partnerships invariably working with people who took advantage of her gullibility and lack of business savvy. She has tried a number of things to supplement her income. Ones that I know of include buying some sort of fat-burning machine, expanding her practice to inject Botox cosmetically, and, I guess, more recently, a pain clinic she ran, which to my understanding, had eighteen patients.

To me as an ER doctor, anything with narcotics or "pain patients" smells of trouble, or certainly has the potential for it. But I am sure Felicia, in a somewhat lackadaisical manner, probably talked to some colleague, who suggested it was an easy way to supplement her struggling OB GYN income, and went for it. To my understanding, she had drug abusers working for her, people I would have shunned in a heartbeat, but I am sure Felicia thought she was giving them a second chance and believed everything they said. I do, however, remember Felicia being alarmed and calling me and telling me that she immediately notified the police when she discovered what her employees were doing.

Felicia isn't really smart enough to try to "get away with something", or she just doesn't think that way. Rather, I imagine she thought mistakenly anything she did just wasn't that bad, or simply one bad decision spiraled into another. She obviously didn't take the responsibilities of her medical license with regards controlled substances as seriously as she might.

In conclusion, I don't think Felicia is a bad person, or evil, or has ever been out to consciously harm anyone, or out to make a ton of money.

Rather, as is her wont, I think she was someone who was, at times, simply stupid, and suffered from bad judgment.

Respectfully,

*Paul D'Arezzo*

Paul D'Arezzo, MD

Judge Leonie M. Brinkema
c/o Marvin D. Miller
1203 Duke Street
Alexandria, VA 22314

Dear Honorable Judge Brinkema,

My name is Danielle Manrodt, Felicia Donald's oldest daughter. I attended Whittier College in Southern California where I obtained my bachelor's degree in Kinesiology. While working full-time producing and staffing nationwide events, I continued my studies at California State University Los Angeles where I completed my master's degree in Nutritional Science. Presently, I'm a new mother to a 9-month-old baby girl. I am writing because my mother is coming before the Court for sentencing on December 1st.

My mom is the most hardworking and selfless person I know. I was born while my mother was completing her residency in North Carolina. During that time, her mother was diagnosed with terminal breast cancer. She went back home to Virginia to be with her mother until her passing and to support her father. Following her mother's passing, she bravely moved to Virginia so she could permanently care for her father and her brother, Scott, and continue to raise me.

Her youngest brother, Scott, suffers from paranoid schizophrenia and bipolar disorder. He also has a host of other medical issues including morbid obesity and a large open wound on his leg that requires weekly doctor's visits to prevent it from turning septic. My uncle's mental and physical ailments require a tremendous amount of care. Every day my mom would visit his apartment on her way home from work and would administer his medication and bring him groceries. He is currently at risk of losing his leg as the infection can quickly continue to spread. Shortly after her arrest, Scott's infection spread to his pinky toe and it had to be amputated. Recently he has started randomly screaming at various hours and is now at risk of being evicted. My mom was the person who would communicate these concerns to his doctors. Taking care of my uncle is a full-time job and my mom has done it for years while working 5-7 days a week.

My mom has also been caring for her dad after he suffered a stroke a few years back. Prior to her incarceration, she would regularly cook him dinner and oversee his care to make sure he stays healthy and safe. About 2 years ago, he had knee replacement surgery because the bone had deteriorated so badly that he could no longer bare weight on it. Due to complications, he went into the ICU two different times. He had to have his heart shocked at least three different times, and he was eventually taken to a rehab facility to gain his strength back. This was a very stressful time for her. She went to see him every day in the hospital and the rehab facility while continuing to work 40+ hours a week and take care of her brother. Since the health needs of her dad and brother have continued to be more demanding, I have noticed that her physical and mental health has greatly declined. After caring for them and working constantly, she doesn't have any time or energy left to take care of herself.

Our mom has had the strength and fortitude to raise me and my two siblings on her own our entire lives. I remember our mom working very long hours but always making time to support us at our after-school sports. She worked tirelessly to make sure we had the best education and were well rounded individuals. Our mom emphasized the importance of learning a musical instrument, being involved in sports, getting good grades and learning a second language.

My siblings and I have noticed some drastic changes with our mom's decision making and judgement that has us very worried. She seems to have a difficult time focusing, she makes impulsive decisions that don't make any sense and her overall demeanor is just very different compared to how she was when we were growing up. We have also noticed that she has developed a lazy eye. We aren't sure if there's a specific incident that may have caused it. What we do know is that there is something very wrong. At times, I have a difficult time recognizing her because her behavior is very different from the mom I've known for most my life. I hope we can figure out what is wrong so she can get the care she needs.

Lastly, my mom is an animal lover, she is compassionate, she loves to read and expand her knowledge, she puts the needs and wants of everyone before her own, she has a huge heart, she wants nothing more than to see her children succeed, her dad is her best friend and she does everything she can to avoid conflicts. My mom sees the good in everyone even

when no one else can. She gives everyone the benefit of the doubt even when most people wouldn't. The one word that describes her best is 'selfless'. Her love, loyalty, and dedication built the foundation that holds our family together and without her I'm very concerned about what will happen to her 91-year-old father and her severely mentally disabled brother. She has loved me and my siblings unconditionally. I am incredibly grateful to be her daughter and I hope that one day I can take care of her the way she has for everyone else.

Sincerely,

Danielle Manrodt

Danielle Manrodt - Nov. 22.2020

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110

Re: Dr Felicia Donald MD

My name is Dr Jeanie Branconi MD. I met Felicia Donald MD about 35 yrs ago, when I was a RN CCRN in Tucson, AZ and she was an Intern in OB/GYN. I was considering going to Medical School.  She encouraged me to pursue that dream.

While I was a Medical Student she invited me to rotate with her and stay with her family to learn OB/GYN.  I did so both as a Medical Student and later as a Resident Physician.  I saw she was the glue that held her family together.  I stayed with Felicia at her Mom and Dad's house during one trip. Felicia's Psychotic brother Scott was living there at that time.  Felicia's  Mom was diagnosed with terminal Cancer. It was Felicia who made sure her Mom got the care she needed.  I was aware of the conversations where Felicia's Mom left Felicia's brother Carr Matthew, money to pay for Scot and asked Carr Matthew to be sure he used that money for Scot's needs.. Carr Matthew spent the money on himself.  Felicia took over the financial support and daily management of her Psychotic brother's care.  I kept telling her: "Your sister and brother need to help you pay for his care and help manage his care." Scot called Felicia about 10 times an hour when I was there, she was so kind to him each time she answered the phone. All these years she was the person to step up to the plate and help Scot without any assistance from her other siblings, Carr Matthew and sister Julie Donald.

Over the years we began meeting up at a departure point and traveling together. During those trips she called her kids and Dad every day. In my view she was glue that held the family together. She made sure her kids had every opportunity to be the best they could be.  She has a son Matthew that is still in college.  Her daughter Julie is now a RN for the military and Danielle is a first time Mom of a 3 month old.

Felicia knowing when I was alone, always invited me to come to her home for Christmas and Thanksgiving.

I know she went Guatemala on multiple trips, at her own expense, to do surgery on women that wouldn't have been able to afford Gyn Surgery in Guatemala and would have died without surgical intervention.

She has been sole caregiver of her now 90 plus year old father, for at least the last 10 years and is the only caregiver now.

I personally know she would cover any MD asking her for vacation coverage, even though they usually didn't reciprocate. She was the only person that volunteered to cover for another OB/GYN MD, diagnosed with Stage IV cancer. Felicia was trying to maintain her own office and maintain the cancer stricken MD's office at the same time, so that MD wouldn't lose her patients.

During this time, Felicia has had a serious rare Blood Cancer. I keep telling her she has to take care of the Caregiver or there will be no one left to take care of her family. She hasn't kept up with her Hematology/Oncology follow up as much as needed, as she states she didn't have the money or the time. She needs ongoing Hematology/Oncology treatment and follow up.

I am a Family Physician BUT I think Felicia has a Mental Health Disorder that has become increasingly apparent over the last 5 years. Rapid Pressured Speech, Flight of Ideas, Impulsivity and other Manic type symptoms. I think she would benefit greatly from a Board Certified Psychiatric evaluation for treatment of brain chemistry imbalance.

Sincerely,
Dr Jeanie Branconi MD

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110

Dear Judge Brinkema,

This is a letter of support for Dr. Felicia Donald. I have known Felicia since 1977 when were met as freshmen at the Catholic University of America in Washington DC. Since then, Felicia and I have remained close friends. Over the past thirty plus years, she has helped me in many ways.

I am a professor in the College of Engineering at San José State University in San José, California. I have been at SJSU since 1990, starting as an Assistant Professor and then holding several management roles including chair of the Department of Aviation and Technology and Director of General Engineering. I am proudest of my work in increasing the retention rates of freshmen at SJSU and providing a more supportive environment for students. One person can make a difference and it is thanks to SJSU faculty, staff, and administrators that I have been able to do this work. Felicia has made a difference in my life in a profound way.

I met Felicia in our freshmen year at college in 1973. We both were students at Catholic University and took several classes together: Calculus, Chemistry, and Physics. Soon, we became fast friends and, by extension, I got to know her family and Felicia very well. I transferred to Rutgers University to finish my undergraduate degree, a BS in Chemical Engineering, and Felicia and I kept in touch throughout the years. She went on to medical school, then internship and residency and settled in Great Falls Virginia. I went on to get three Masters degrees, in two different institutions, and a PhD from the Ohio State University. Throughout these years, I saw Felicia frequently and we talked often on the phone. Felicia is a loyal friend who always keeps contact with people she knows.

One of the biggest struggles that Felicia had was losing her mother. At the time, we were both living in Northern Virginia and I was overwhelmed with the way Felicia dealt with this tragedy. During the funeral and repast, she reached out to other people and asked how they were, not considering how she felt. She and her mother were very close but Felicia is a person who cares about what other people are feeling first. When both of my parents died, I regret that I was not able to emulate Felicia's qualities of other people first. In fact, when my father died, Felicia gave me so much support that I knew she was a good friend. But, her help when I was grieving is not as important as the other support I have received from her.

My husband, Victor, and I were married in 1990. Immediately, we tried to conceive a child. After eight years, we started the adoption process. Over the next four years, we tried to adopt with the county of Alameda, California and through a private agency but, because we were older, it was difficult. This is when Felicia's kindness and concern for Victor and I came into place.

I received a phone call from Felicia in November 2002. A teenaged girl just came into her office with her mother—she was 7 months pregnant and had been hiding it. During the visit, she told

Felicia that she was giving the baby up for adoption. Felicia immediately thought of me and my husband and asked the girl if we could talk to her. The girl said yes and Felicia called me to give me her number. Over the next weeks, we had several conversations with the girl and she told us on December 23, 2002 that she wanted us to adopt her baby. She said something that I won't forget—I can trust you with my baby because you have been friends with Felicia for almost 25 years and Felicia is one of the kindest people I have met. In January 2003, Victor and I flew to Virginia and were able to witness the birth of our daughter, Taylor. Because of Felicia's love and kindness to us, we are blessed each day with a wonderful and intelligent daughter.

I can never repay Felicia for the joy she brought into our lives by helping us adopt our daughter. I have seen the kindness with which she treats other people and I am so happy that I met her at college. It is hard to believe that I have had the same friend for over thirty years. It is because of Felicia's love and concern for me that I am a mother.

I am pleased to provide this letter for Dr. Felicia Donald. I would be happy to discuss this with you in more detail.

Sincerely,

Patricia Ryaby Backer

jy

Nov 20, 2020

Honorable Judge Leonie M. Brinkema

United States District Court for the Eastern District of Virgina at Alexandria

Dear Judge Brinkema,

I am writing this letter on behalf of Dr Felicia Donald who I have known for almost 30 years.

I know her as being a concerned mother, and a dedicated physician. In fact, she was the doctor that delivered my daughter.

Dr. Donald is a kind and considerate physician as well as a loving mom to children and family members.

If you need further information don't hesitate to contact me.

Respectfully,

Victor Backer

May 26, 2020

Your Honor:

I am writing this letter to you on behalf of my dear friend Dr Felicia Donald. My name is Patricia DiZebba, RN.

I met Felicia 43 years ago, August 1977 when I began my Graduate School program at Georgetown University. Felicia and I were both in Physiology Masters Program and we were assigned as lab partners in histology. I never met anyone so friendly as I did that first day of lab.  We both studied together long hours and she would kindly invite me to her home to join her family for meals.  I never met a more open and generous person who would always ask about how I was doing in the class and offer to help me if I needed some notes for the course. Our friendship started from then and grew into a long-term friendship sharing some of the most important events in our lives with each other. Felicia always made me feel so welcomed in her home, I felt like a member of the family  She even asked me to be an attendant in her wedding with some of her closest friends.  Over the years I saw how loving she was as a wife, a supportive mother to her children, a devote daughter to her parents and compassionate sibling- especially to her disabled brother, who experienced an anoxic brain injury that left him with limited cognitive ability.  I recall the day her mother was diagnosed with breast cancer Felicia always found time to help manage her mother's care. Felicia was in her Obstetrical residency training at that time, enduring some of the most strenuous long hours, but found the time coordinate with her mothers' oncologist for her care. She would also assist in the planning and care of her disabled brother. All of her collaboration with specialists never ceased a moment even while she raised her own family.  Felicia exhibits such strength and resilience that always inspires me.  She always amazed me how much mental and physical energy she demonstrated during some of her own personal hardships such as the death of her mother and the turmoil of her divorces. Felicia was strong for her family after the death of her

mother, she then became the matriarch of the family, giving stability to her family at all times. I saw how her siblings looked upon her for advice and support which Felicia unconditionally gave all of them. Throughout the years, Felicia and I shared interest in the arts –and we would attend the opera together since the early 90's. I enjoyed meeting with her during those times so we could mutually share our thoughts and opinions. Felicia has such a devote appreciation for the fine arts, and a brilliant talent for music as demonstrated by her ability to play the piano and flute, such qualities I always admired of her.

Most importantly, I trusted Felicia professionally as my own gynecologist. She is brilliant, well-read in all of the latest medical reports in gynecology as we would discuss options in health care throughout the years. Never once did I doubt her medical decisions for the treatments in gynecology. As a professional, registered nurse, I would call Felicia for review and comments on various topics. She would always engage in my discussions and readily give reference to research articles, and genuinely offer any assistance of her specialty. An example of Felicia's utmost kindness and selflessness is so explicitly noted when she volunteered her OB.GYN skills to "Partners for Surgery" and "Helping Hands", giving obstetrical care to patients in the poor, indigent communities. This is how I will always think of my dearest friend - her passion for her profession, generosity for those who are in need and her unconditional love for family and friends.

Sincerely,

Patricia DiZebba, MS, BSN, RN, OCN

May 26, 2020

Re: Dr. Donald

Your Honor,

I am writing this letter on behalf of Dr. Donald. I have known Dr. Donald for 10 years as her patient. She has taking of me on several occasions. She provided me with professional care every time I have seen her. When I been her office and her waiting room. She has a professional matter. She is very kind and loving person and as a doctor. I saw her take care her other patients with same care. Since I been seeing her, she also makes sure all test and their results are called back to the patients and to their health. She also checks everything before she sends the patients out.

Dr. Donald has been always looking out my wellbeing. I don't trust many people to take of my body. She always shown me most up respect to me. She is always truly concerned about her patients. When I first saw Dr. Donald, I wouldn't talk much about anything. She talked to me to show that was very caring by explaining how things worked in her office. I starting trusting her and I finally opened up. If it wasn't for Dr. Donald being in my life. I am very proud to call her my doctor. Thank you for your time and patience.

Yours Truly,

Ms. Frances Lynn Payne

Ms. Frances Lynn Payne

Dear, Judge BrinKema

Dr. Felicia Donald has been my physician since 2007.

I was on Medicaid when she delivered my son, Trey. At the time, I had a number of severe medical complications as well as high blood pressure and was told by other doctors that my child would not make it. I went to Dr. Donald and she was completely different. She told me we have to focus on the positive and that she would do everything she could to make sure my baby would arrive safely. Even though I had Medicaid, Dr. Donald treated me like a celebrity. If it wasn't for Dr. Donald's care, my miracle baby, Trey, would not be here. He was only 1.5 pounds at birth and I was so worried. Dr. Donald walked with me every step and gave me hope for him the entire time. I am happy to say, Trey is now a very healthy ten Year old. Dr. Donald has been a gift to me and my family. I do not know anyone with more care and love inside her. She is a treasure to me.

I am a home health care worker who cares for disabled and elderly people. I help Dr. Donald caring for both her 91 Year old father and her 57 year old special needs brother, who has many physical disabilities and is also schizophrenic. Dr. Donald pays me weekly to help with her brother's care. She is always there to take him to his doctor appointments which are numerous and to buy her brother food and make sure he is ok.

When I wanted to start a home health care agency, Dr. Donald was the person I went to for advice. She helped me set things up an also to got me all the information on the laws regarding home health care businesses. She did this for no money – just to help someone in their dream.

I cannot say enough about Dr. Donald as both a doctor and a person. She is very kind and will take my call anytime and always helps me and my family in any way she can. I wish there were more people in the world like her.


SINCERELY, CYNTHIA JOHNSON

Date : Nov 22, 2020

Attn: Honorable Judge Brinkema

RE: Dr. Felicia Donald

My husband, Dave Haas, and I are small business owners, we own and manage real estate properties in the Northern Virginia area.

Dr. Felicia Donald, has been my trusted doctor, OBGYN, for approximately 25 years.    She managed deliveries of both of our children.  Our children , 18 and 16, have very fond memories of Dr. Donald.

Her sudden closure of her practice this year was devastating to me.    OBGYN is a very personal care and finding another Doctor like Dr. Donald is **extremely difficult if not impossible**.

Dr. Donald has demonstrated over and beyond her duty in her medical profession in helping people.    I have complete trust in her knowledge and skills.    She has become not just a doctor, but a friend.

These are the reasons why I chose Dr. Donald as my primary OBGYN doctor consistently and year after year.

- Dr. Donald is a devoted medical professional, her heart is in helping people in needs.   While most other medical practices would only accept patients based on their income and financial means to pay.   Dr. Donald accepted all patients regardless of income, race, color, background, even in cases where she is aware that the patients may not have abilities to pay for their care.
- In addition to her medical practice, she also spent time as a volunteer by working and assisting in poor communities in countries that lack medical care, through Doctors without Borders.
- OBGYN is 24/7.    Dr. Donald has made huge personal sacrifices in this profession by always making herself available to me and all her patients or she will ensure that we are covered through her network of care regardless of day or night.
- In her limited free time, she devoted herself in taking care of her adult brother who has special needs that requires constant care, and to care for her ailing father.

Dr. Donald is an incredible human being. Dr. Donald always places helping other people before helping herself. As Dr. Neda Hashemi MD. FACOG, a well known OBGYN in Northern Virginia, and a neighbor of ours, during one of our recent neighborhood walks one day:
She described Dr. Donald as follows,

**" Dr. Felicia Donald does not have a single bad bone in her body, she trusts everyone "**

That is exactly my sentiment of Dr. Donald.    She is selfless.

I have enjoyed having Dr. Donald as a personal friend, over the many years that I have known her. However, I have observed that in the most recent year, she has appeared very stressed and not her normal self.    I am extremely concerned over her well being and her health.    I hope she is safe wherever she is.

If I could be of any assistance, please do not hesitate to contact me or my husband, Dave Haas.   I can be reached directly at 703 623 3729.

Sincerely

Lynn Liu &
Dave Haas

Attn: Honorable Judge Brinkema

RE: Dr. Felicia Donald

   I have known Felicia Donald for over 18 years, as she is responsible for the safe delivery of both of my children.    My wife, Lynn Liu, has been seeing her for all of this time and as such we get together whenever possible for social functions.  She has been a frequent guest at my house.

   It is my observation that we (my wife and I) ask Felicia to various events, but know that at the last minute she must sometimes cancel or leave in the middle of a gathering because of her duties as a doctor -- and I have seen her get these calls to duty and then leave without complaint. This has happened a number of time times and shows that Felicia, throughout the time I have known her, puts her patients ahead of her own plans.   She in effect works 24/7...a calling and not just a job.

Sincerely,

David C. Haas

Honorable Judge Brinkema,

Hope you find at this difficult time doing well.

My name is Claudia Patricia Castillo Gonzalez, I'm currently working at Royal Caribbean International call center as an operation supervisor at my native country Guatemala. After graduating from school as a preschool teacher, I came across with AuPair International Program.

I met Felicia Donald back in 2005 when I went to the USA as an AuPair. Since the very start she was caring and made me feel welcome. My main and only job was to help her with her youngest child, Mathew, age 6 at the time. I had the chance to travel with them in different occasions and be part of family activities. She was very generous and always made sure I was comfortable and enjoying myself. After the two-year AuPair contract ended, Felicia offer me to stay longer and complete the ESL program that I started as an Au Pair, and possibly continue my college education. She helped me to get my student visa and allow me to live at her home and provided me with everything I needed. I Finished the ESL program and stated all basics to be able to get the necessary credits to start a degree at North of Virginia Community College. During this time, she made sure I visit my family once a year and she took care of the coast. Unfortunately, after 6 year with them, I took the decision to return home, since my father got sick. Since then Felicia has been constantly in my life, making sure my parents and I are well, and always pushing me to do better and be successful. Felicia has been a very important part of my life. My parents and I, are forever grateful to her. For this reason it breaks my heart to know she is been put on in this situation. During the time that I had the chance to live with her, I saw her helping people in different occasion. She would help people to find a job, recommended them, guide them to the right direction, and offer her knowledge to anything she could. She has been always caring, hopeful, always finding ways to help people. She came to Guatemala to a medical mission to help indigenous women in a very poor area of my country. She has always shown a very ethical, professional and selfless way to work. She has taught me to be generous and never expect anything in return, just to act and be grateful for what you have. She is someone that trust people very easily, she is someone that tries to relate into someone's issue and will try to help right away. She is busy trying to help people that she doesn't see the wrong in people and hopes to be the light in people's darkness.

Respectfully,

Claudia Patricia Castillo Gonzalez

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110


Dear Judge Brinkema,


I am happy to write a letter on Dr. Felicia Donald's behalf. My family has know Felicia as long as we have lived in Great Falls, for over 20 years! She has been my gynecologist for many years. I see her for my yearly exams and has been very helpful with addressing any other female health concerns. It is very comforting to have someone I can trust, especially as so much changes for women during the "middle age" time frame. She has always provided me the best care and takes the time to talk things out in the office. Outside the office, she graciously will answer my questions and discuss medical topics when the need arises. She has always been there for me when I have needed her. In addition, she was always an advocate for my daughters as they were growing up. Both my daughters have contacted her even now seeking her medical guidance and potential solutions about pregnancy concerns, birth control and infertility.

Felicia seems to remain responsible and steadfast to run her business and provide quality care to her patients. She has mentioned the challenges of running a medical practice on her own. I am sure she experiences nothing unusual, as many doctors these days struggle with insurance filing demands, staffing, and staying current with trends to provide the most up-to-date treatments.

Felicia has managed to stay my friend over all these years, which I give her credit for - since I am a high maintenance "Jersey Girl." I like to talk a lot. Felicia is a good listener and patient with me, always staying upbeat and positive. I was born and raised in Toms River, NJ and moved to the DC area to do an internship at National Geographic magazine during college while I was attending Hood College in Frederick, MD. After graduating, I met my

husband while living and working downtown DC - we married and settled in Northern VA - first in Arlington, then Shirlington, Alexandria and now out in Great Falls.

When we first moved here; I remember meeting Felicia and she immediately offered to let my little 5 year old share her Nanny at her house, so I could continue to work part-time in government contracting. For the past 15 years, I have been a REALTOR. My husband is also very fond of Felicia; she is a good friend of the family. I also enjoy visiting with her Dad when I go to her house and I have met her brother whom she visits regularly. I know she oversees their care.

I nickname Felicia a 'humanitarian" because she will go out of her way to show support and kindness to those struggling (for example she encouraged me to go with her to visit a neighbor and her terminally ill husband). She will stop and get a birthday cake for one of her staff.

Because we are now both empty nesters, when she is not busy, we get to do things together in Great Falls - coffee at Starbucks, swimming at the pool, walking with our dogs at Riverbend Park and attending community meetings. We both have adult daughters and she recently became a Grandmother, like me. I look forward to continuing my friendship with Felicia into the future.

Please do not hesitate to contact me if you need any additional information.


*Betsy Sahagun*

**ALERT! Long & Foster Real Estate will never send you wiring information via email or request that you send us personal financial information by email. If you receive an email message like this concerning any transaction involving Long & Foster Real Estate, do not respond to the email and immediately contact your agent via phone.**

The contents of this e-mail message may be privileged and/or confidential. If you are not the intended recipient, any review, dissemination, copying, distribution or other use of the contents of this message or any attachment by you is strictly prohibited. If you receive this communication in error, please notify

Judge Leonie M. Brinkema
c/o Marvin D. Miller
1203 Duke Street
Alexandria, VA 22314

Dear Honorable Judge Brinkema,

My name is Julia McGreer, Felicia Donald's second daughter and middle child. I graduated from Virginia Commonwealth University with a Bachelor of Science in Biology and minored in chemistry. I then went on to obtain my Bachelor of Science in Nursing at George Washington University. I am currently working as an emergency room registered nurse while in school, working towards my masters for Family Nurse Practitioner. My mother was my inspiration to go into a field of work where I could truly make a difference in people's lives, as I saw the difference she made. I am aware that my mother is coming before the Court for sentencing on December 1st.

My mother was dedicated to her job as an OB/GYN. As a child, I would go to the hospital with her on the weekends and nurses would always tell me how amazing she is. She would always bring the nurses special treats for the on-call rooms to show her appreciation. At her office, her patients would come up to me and tell me how lucky I am to have her as my mother. I remember how frequently the house phone would ring in the middle of the night. She would wake up immediately and be very kind and attentive to her patients concerns. One thing I learned very early on was how demanding her job was and how she made her patients a priority. It never stopped even when she was technically off the clock.

My mother is incredibly kind and generous. After college, my sister boyfriend needed a place to stay and she was happy to help. Even when my sister moved out of the house and across the country, my mother never asked him to leave and he continued living in her home rent

free. My mother gave her car to him for free when she could have sold it or traded it in. She never once thought about herself. She was only concerned with how she can help someone in need.

My mother taught us the importance of family and being there for one another. My uncles' needs are endless and my mother, no matter how exhausted she was, would never hesitate to go to him and give him whatever he needed. When I went home to visit she would ask me to help care for my uncle and grandfather and I can admit that it would get exhausting. At times, my uncle's mental illness takes over and he becomes combative and angry. It can get overwhelming and emotional, but she never stops helping. When my grandfather had his knee replacement surgery and had multiple cardiac complications from it, she was always there for him while continuing her regular schedule. My mother manages their medical care in a way that no one else can. She just jumps in and takes care of everyone around her with no questions asked. With her being incarcerated it has shown us how much she was doing for her father and brother. The amount of work she was doing for everyone else really left her no room to take care of herself. She has let her own health decline in recent years. Without my mother's help and compassion, I honestly don't think my family would be where they are today.

I have noticed a shift in her decision-making skills. She has become impulsive and acted without thinking. She has become too trusting of people. She been known to pay peoples bills when they have struggled to make the payments themselves, even if it means she can't pay her own. She is also reluctant to fire any of her employees even when they have shown their true colors time and time again. She has been taken advantage of by those who she thought were her friends. Her shift in decision-making skills coupled with her already kind and generous nature has been determinantal for her over recent years.

I have become a strong and independent woman and that is all attributed to my mother's strength and determination.

Very respectfully,

X _____
Julia McGreer

Julia McGreer

Judge Leonie M. Brinkema

c/o Marvin D. Miller

1203 Duke Street

Alexandria, VA 22314


Dear Honorable Judge Brinkema,

There are three things I know most about Dr. Felicia Donald, she is one of the most kind, generous, and unselfish people I know. I have known her for over 15 years and I am married to her daughter Julia McGreer, her middle child.

I met Felicia for the first time when I was in high school back in 2004. I started to date her daughter around the same time and have ever since been part of her family. She welcomed me into her family with open arms and was nothing but kind to me. At that time, I did not have my own car in high school and my parents could not afford one. Felicia gave me her car that she was planning on getting rid of. It was an older car that was not worth much but giving her daughter's high school boyfriend his first car, spoke volumes of what a generous person she is. Saying that Felicia is selfless would be an understatement.

Being a truly unselfish person is an uncommon virtue in today's World. I am currently in the United States Marine Corps as an Intelligence Surveillance Reconnaissance Systems Engineer. One of the U.S. Marine Corps Leadership Traits is unselfishness. Witnessing how Marines would do absolutely anything for their fellow Marines even at their own expense would remind me of Felicia and her countless selfless acts. One example of that still sticks with me today is when she hired a previously convicted felon for her practice. Even though she may have made decisions in the past few years that were uncharacteristic of her, one thing that never

changed was her unselfishness towards other people. Although hiring a convicted felon may have not been a good idea from a business stand point, Felicia said to me "everyone deserves a second chance". That unselfish characteristic of Felicia is so deeply rooted that she will never lose it no matter what's going on in her life.

With Felicia so deeply expressing just some of her great qualities such as kindness, generosity, and unselfishness, she has made a positive impact on patients, colleagues, employees, friends, myself, and her family. She has raised her kids with those same qualities. That is one of the reasons I fell in love with her daughter Julia McGreer because of Julia's kindness, generosity, and unselfishness that was obviously learned from Felicia.

Felicia is not only a role model for me but she has taught me what true kindness, generosity, and unselfishness is, which I have applied to my own life.

Very Respectfully,
Sgt McGreer, Conrad
11/21/2020

May 23, 2020

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite300B
Manassas, VA 20110

Juliana Donald


Dear Judge Brinkema,

My name is Juliana Donald, and I am a fine jewelry designer in Los Angeles, California and Jaipur, India. I am a graduate from The George Washington University with two degrees; a BA in Political Science and a BFA in Fine Arts. I also have a Graduate Gemology Degree from The Gemological Institute of America as well as completed Graduate studies in Fine Arts and Design from University of California Los Angeles. I have worked in the fine jewelry field for five years and own a jewelry company.

Beginning in 1997, when I had emergency surgery at Fair Oaks Hospital with Fairfax OB/GYN, Dr. Donald has been my doctor. At that time, I had visited more than six doctors in Los Angeles to address my intense abdominal pain. No one in Los Angeles was able to diagnose the cause.

When I told Dr. Donald, in 1997, about my pain, she suggested I come into her office for an ultrasound. One hour later I was in emergency surgery. Apparently, I had tumors that were so large there was a possibility one could burst and kill me.

The operation lasted over six hours and I was told by both Dr. Donald and her associate Dr. Castle, they had never seen a tumor (it was the size of a grapefruit) that large. I was hospitalized for ten days after the surgery. Since then I have had three more surgeries addressing the same issues. I had severe endometriosis as well as fibroid tumors. My ovaries were so damaged that I had to have these removed as well.

Since I live in Los Angeles most of the time, I also have a doctor here, Dr. Blanche Watson. She is aware of all my medical conditions as well as the medications I take. The beautiful thing about the internet is all medical records is readily available for every medical professional to see. I have been a patient of Dr. Donald since 1997 and have two check-ups per year. She does this gratis, as I am a family member, and I would do the same for her.

Regarding my pain:

Besides abdominal pain, I also have two herniated discs in my third and fourth vertebra , a SLAP tear which goes the length of my right upper arm, and bone loss so severe I am on medication for this as well. I also have tendonitis and bursitis in both hips and it is not possible for me to sit for more than thirty minutes without pain relief. I do physical therapy every day.

Dear Honorable Judge Brinkema,

My name is Natalie Peel and I am currently Executive Assistant to the CEO of Collective Retreats. Since receiving my bachelors degree from Florida State University in 2011, I have developed a career supporting executives over the past seven years in the technology, fashion, and hospitality industries. In the next five years, I plan on going back to school for a MS in Management from UC Denver's School of Business.

I have known Felicia Donald my entire life. As the long-time best friend of my mother, she was affectionately known to myself and brother as Aunt Fifi. I grew up with her daughters, Danielle and Julia, and was present at the birth of her son, Matthew. Our families have been closely connected for my entire life. As a young child, Felicia pushed me to try new foods and try new activities, like the swim team. She is who I turned to with questions about my body and sex as a young teenager too embarrassed to ask my mother. When I got suspended from my boarding school for a week after attending a party where there was alcohol present, Felicia drove four hours to pick me up and another four hours to bring me home and spend that week with her. She was disappointed, but provided advice and guidance that led me to get my act together and start sending out college applications once my suspension ended.

As I entered young adulthood, Felicia and I kept in touch, her calling me a few times a year to hear about my life. She was closer to me than any blood relative in my extended family. Over the past 4 or so years, her calls to me waned and the voicemails I left began to go unanswered. As a busy and somewhat self-centered young professional, I didn't give much thought to the shift in receptiveness and reliability I had counted on for so many years. Now, as I have shared these changes with members of my family, I can see there were changes were present in many aspects of her life.

July 23, 2020

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110

Dear Judge Brinkema,

I would like to introduce myself as Jeffrey Loss, residing in Fairfax County for 42 years and a friend of Dr. Fellica Donald's family for 32 years.

Primarily, I first became a close friend of her brother, Carr Donald. I also became friends with the rest of his family over time, including his parents, and sister Felicia Donald.

I am shocked that Felicia is in the serious trouble that she is in, considering my personal knowledge and understanding of Felicia as a kind, trusting and friendly character.

The Felicia I have known has always gone out of her way to be helpful to friends and employees. She helped me when I first opened a business as a contract office furniture distributor in Fairfax County. I had taken the plunge of joining a small office furniture dealership as a partner. As you can imagine, I suddenly had to rely on my business's profitability, without the security of a base salary to tide me over. At the time, Felicia was opening an office near Fairfax Hospital and provided me the opportunity to sell her furniture for her practice. What set her apart from a typical customer was that she gave me free rein to select the level of quality, price point, etc of the furniture on my recommendation, 100%. In my business, customers normally rely on my recommendation. What made Felicia different was the deeper level of trust she had placed with me, that allowed me to basically specify, sell, and deliver what I thought best. Not looking over my shoulder, so to speak. Of course the extra trust in my professionalism, was prided upon, respected and valued even more. So, I did the best I could for her.

My exposure to Felicia's practice allowed me to interface with her staff to a small degree. I found them all to be friendly and happy to work with Dr. Donald.

My daughter has also been a GYN patient of Felicia. I never had any concerns for her well-being under Felicia's care. This is because Felicia was always certain to be on the forefront of advances in her field. I remember when she was one of the first doctors in the region to perform laparoscopic surgery, so that patients would have a better experience and quicker recovery.

There have also been many social occasions where I have enjoyed Felicia and her family's company over the years. We have enjoyed typical bar-b-ques and holiday occasions scattered over the years. It has been apparent at these occasions that Felicia's first concern has always been for her family. Even as her fathers health has begun to decline, she has always made a point of including him in social outings so that he could enjoy the time with family and friends.

Through these events I have come to understand that Felicia is the pillar of her family to this day, in taking care of her 91 year old father and mentally disabled brother, Scotty. Without her direct involvement with Scotty's life, my hunch is that he would become a ward of the Commonwealth and certainly not be able to live with any independence. He requires a lot of time and patience as well as financial support.

It is my purpose that this letter will serve to provide insight to Dr. Donald's life as I have understood it to be, as a trusting and caring person devoted to her family.

Sincerely,

November 19, 2020

To The Honorable Judge Brinkema:

My name is Paige Miller and I am a friend of Dr. Felicia Donald. I came to know Dr. Donald through her daughter, Danielle, who is one of my closest friends. Danielle and I attended Langley High School together and it is here that we developed our friendship.

After graduating from Langley, I attended George Mason University. At GMU, I played on the women's Division I softball team and I graduated Magna Cum Laude with a Bachelor of Science in Finance. Since then, I have spent the last 10 years working in the commercial lending industry. I am also a certified yoga instructor. I went to training and received my certification 4 years ago and teach during my free time outside of my full time job.

When I was in high school, I spent a lot of time at Dr. Donald's home with Danielle and other friends. Dr. Donald always welcomed us into her home and provided a fun and safe place for us teenagers to spend time together after school and on the weekends. Although Danielle now lives in California and I don't see her quite as often, I have stayed in touch with Dr. Donald over the years and see her from time to time in Northern Virginia.

From the day I met her she has always been a great mother and daughter. As a single mother, she raised three children on her own, all of which have grown into hardworking adults and are good, loving people. Her father, who I know as Poppa, was often present when I was around and it is evident that she takes great care of her father as well. I know Dr. Donald as a giving and generous person. Personally, she helped me in a time of need when I did not have health insurance and she provided medical care at no cost to me.

I know Dr. Donald to be a compassionate and trusting person and do not believe it is in her character to harm another person. She is a loving daughter to her father, a good friend to me, and a great example of a hardworking parent for her children. I am aware that Dr. Donald will be appearing before the court for sentencing, and I hope this letter helps to give the court a glimpse of the wonderful person she is, not only to me, but to so many others as well.

All my best,

Paige C. Miller

**From:**
**Sent:**
**To:**
**Subject:**               Felicia Donald CHaracter letter

here is a letter describing my relationship with FI growing up.

To Your Honor,

       Your Honor, I am writing this letter on behalf of Felicia Donald, or as I know her, Aunt Fifi. Felicia and my mother have been best friends since before i was born in 1987, so Aunt Fifi hads been a part of my whole life. We lived just outside Washington as a child until i was about 7 years old and during that time there we were back and forth every other weekend to Aunt Fi's house or she would bring her family over to ours. My sister and I were always excited to go over to her house as kids because she was the "fun mom", always laughing and making jokes with us, as a kid i could tell she was the life of the party, she had a way of making my mom loosen up and brought out a whole other side to her that no one else does or has. Her daughters who were the same age as my sister and I always had the best of everything, new toys and cool clothes and a trampoline with huge back yard, a basement set up for them like a game room, dogs and cats, it was any kids dream home. Even though my mom had 9 brothers and sisters we were never as close to any of them or their families, Aunt Fifi was more family to us, by the way she treated us and made us feel like we were all the time. A lot of my memories as a child are centered around time with her, especially the good ones. From family vacations together to backyard barbeques. As a kid we didn't really know personal stuff, but we did know she took care of all her kids on her own as a single mother. Private schools, lunches, driving all over for 3 kids activities all week and working to provide all of this herself. SHe also took care of her aging father and brother as well. So she had a lot on her plate to say the least. I will always love Felicia like she is family and always call her Aunt Fifi. I hope this letter helps you see her in a different light and how others and myself view her and her life as a whole.

       Thank you for your time,

              Jonathan Peel

November 22, 2020

To Whom it May Concern,

My name is Cassandra Riedy, and I am writing a letter on behalf of Dr. Felicia Donald. I hold a master's degree in mental health counseling and am currently a doctoral student pursuing a PhD in Counselor Education and Supervision. I can say that I would not be the successful woman that I am today without the support of Felicia.

I have known Felicia since I was thirteen years old, having grown up with her daughter. She was immensely supportive of not only her daughter, Danielle, but Danielle's friends. She made it clear how much my wellbeing meant to her and was always present for me if I needed help. Oftentimes, this help came in the form of "tough love," as Felicia helped me to navigate the difficult decisions that come with teenage years. She was always very vocal about not using drugs and remaining focused on schoolwork so that we could succeed in life. Her home became the safe place for all of Danielle's friends to come throughout our years growing up. We knew that we could always count on her to be there for us and to treat us with love and respect.

I recognize that Felicia is coming before the court to be sentenced. I would like to be sure that the court knows what a giving, selfless woman she is and that she has enriched the lives of many over the years. She strove to not only keep her daughter and her daughters friends safe but to help us mature into successful, compassionate women that did right by the law.


Thank you for your time,
Cassandra



Patricia A Cusumano

11/21/2020

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110

Dear Your Honor:

I am Patricia Cusumano, a resident of Virginia for forty years. I retired in February this year after serving for twenty-eight years as President of the Safety Equipment Institute, a non-profit, third-party certification organization. I have known Dr. Felicia Donald since our 33-year-old daughters became friends in first grade. Felicia's daughter, Danielle, and my daughter Brittany Gleason have been best friends for over twenty-seven years. The charges to which Dr, Donald has pleaded guilty to are in my opinion no way indicative of the character of the person I have known the last twenty-seven years.

Dr. Donald has always been an admirable mother to Danielle and her other children, Julie and Matt. I honestly cannot comprehend these charges against Felicia, as the person I know would not harm anyone. She has always been kind and compassionate to her children while caring for her elderly father and her special needs brother. Dr. Donald has faced many hardships as a single mother, and she has done nothing but take care of others her entire career as a doctor. When I was diagnosed with breast cancer, she called me numerous times after my diagnosis to calm me down. And throughout my cancer treatment, she checked in with me to answer my questions and concerns. I was not even a patient of hers at the time, and I know she has provided the same kindness to countless other friends and relatives throughout the years.



Patricia A Cusumano

I have always thought that Dr. Donald is naïve and over trusting, and I can see how she may have gotten caught up in something that she did not realize. She has trusted others when she should not. It is my greatest hope that you provide leniency in sentencing to Dr. Donald so that she can continue to care for her elderly father, special needs brother and young son Matt. Losing her license to practice medicine for her involvement in this activity is the greatest punishment of all. I believe she can do more for society outside of prison and perform necessary restitution, and I am certain she will regret her involvement for the rest of her life.

Sincerely,

Patricia A Cusumano



Dear Esteemed Judge & Court System,

My name is Laura Gent and I am a Director of Finance at Salesforce. I have been in the Finance field for the last 10 years continuing to rise up within my career managing an entire organization. Honesty and a sense of Character are important pillars of my leadership. I have a husband, Alex and a son named Eli.
I have known Felicia Donald for the 20 years since I met her daughter, Danielle Williams, when we were Freshmen in High School and have remained close friends ever since. My husband and I even filmed Danielle's wedding a few years ago when she got married in Venice Beach.

My first impression back in the early 2000s of Felicia was always a positive one - she always was compassionate for those around her, especially her 2 daughters, son, and elderly Father. As a single mother of 3, living in one of the most affluent areas of DC, she wanted the absolute best for her children and all of their friends. As a competitive swimmer throughout high school and honor roll student, everytime I came over to Felicia's house she would ask about my life. She really wanted to know how I was doing and asked about my swimming career. I always had a lot of respect for Felicia as she was an OBGYN and was passionate about helping others in her career.

She was able to successfully raise her 3 children and they have all become their own sense of "self". Even once her own children left her home, I came to learn she continued her caretaking tendencies by taking care of her own Father. This again, is no surprise of Felicia's character as she always puts others before herself.

I finally got to see Felicia a couple of years ago after quite a few years went by during Danielle's wedding. Watching the sheer joy that she had of her daughter getting married to her soulmate, was incredible to watch first hand as I was filming. Felicia had brought her 90+ year old father as well to the wedding, and again it seemed that Felicia always looked out for others during the wedding. Felica is now a Grandmother, as Danielle has an infant, and I hope she gets to have the joy of seeing her granddaughter grow up.

When Danielle called me about charges against her mother, I was absolutely shocked because this is completely outside of the character that I have known of. Only a year prior, I had seen her and she seemed like the same compassionate woman I had grown to appreciate and look up to. Even as I reflected yesterday evening with my husband of what to write for this character letter, I still try to put the pieces together of what might've happened. I know Felicia is a very trusting individual who always looks for the best in everyone. I know that she has always wanted to take care of others and I hope the court will review the evidence knowing Felicia's character.

Sincerely,

Laura Gent

Laura Gent

November 22, 2020.

United Stated District Court
Eastern District of Virginia at Alexandria
Judge Leonie M. Brinkema

Dear Your Honor,

I am writing this letter to you on behalf of Dr. Felicia Donald. I'm aware that she is being charged with drug distribution related to prescribing pain medication and will be sentenced before you on December 1st.

My name is Brittany Gleason, I'm 33 years old, I'm a second-grade teacher and I've been teaching for over 10 years. I've known Felicia for 27 years; her daughter Danielle and I attended The Langley School together from preschool through 8th grade. This is a prestigious school that offers a fantastic education which is where my dad taught for over 20 years. This school creates a loving, caring, and nurturing environment for its students which is where Danielle, her siblings, and I spent our childhood.

I have countless memories where Felicia would pick us up from school, take us to get a snack, and host playdates for Danielle and I. Felecia would open her home to all of Danielle's friends with open arms. Always engaging in conversation with us, preparing and welcoming us to dinner, and driving us home if we needed a ride. Growing up I remember Felicia pushing her children to reach their full potential, offering each of her children any extracurricular activity they wanted to participate in, and truly caring about their wellbeing. She was and still is a fantastic mother who cares deeply about her family.

As I grew older, I always remained close with Danielle and Felicia. Even though Danielle and I went to different high schools we remained best friends. I absolutely loved going to Danielle's house. I would confide in Felicia and tell her everything that was going on in my life. She always cared so much about my wellbeing. To this day she still does. She's even sent me letter from jail, asking about me and how I am. She is an excellent listener and such a giver. She gives to

everyone around her and never asks for anything in return. Her heart is pure, and I know that she always has the best intentions with everything she does.

One of my strongest memories of Felicia is when my boyfriend of 4-years was admitted to the hospital for the Swine Flu (H1N1) and deteriorated to the point of being put-on life support. Felicia was there for me at all hours of the day, answering my panicked phone calls, giving me her medical opinion on his condition, and consoling me. She did her best to make me feel better about the terrible situation I was going through. She also allowed her daughter to take time off of work to be by my side at all hours as well.

Another moment that sticks out to me was when my mom called me telling me she could possibly have cancer. I called Felicia immediately, Felicia asked me to send over the reports from the doctor. Within minutes she called my mom, read through the report with my mom, and was able to calm all of us down. Assuring us that everything would be ok and that the report did not read that my mom had cancer. These examples are a small glimpse into the type of care and support that Felicia offers to anyone in her life.

Felicia will be there for anyone at the drop of a dime. Most times she will put others before herself. She is a caretaker for her special needs brother and elderly father. I know that Felicia is worried about not being able to be there for them should she go away for a long time. Danielle, her oldest daughter, just had a baby and I know it is killing both Felicia and Danielle that she is not able to be there for these precious moments as baby Harper grows into a toddler. I've had many tearful phone calls with Danielle and how she's so worried about her mom and misses her dearly. Danielle and her mom are best friends and would talk on the phone every day, multiple times a day. Seeing Danielle so broken over this situation has been hard. Not only that, but her whole family is suffering without her here.

Felicia recently wrote me a 4-page letter from jail expressing to me that she hopes and prays she can see all of us again soon. She hopes that her father doesn't die while she's in jail and wants to be part of baby Harper's life. My prayer is that she is able to do these things.

Thank you for taking the time to read this letter. My hope and prayer is that this letter reaches you, touches your heart, and allows you to get a better sense of what an incredible mother, sister, daughter, and friend Felica truly is.

Kindest regards,

Brittany Gleason

Honorable Judge Brinkema,

My name is Laura Siljander and I have known Felicia Donald for over 17 years. I became close friends with her daughter, Danielle, in high school.

Since then I have served in United States Air Force for ten years, lecture at the University of North Carolina at Wilmington, and own a private mental health coaching practice.

The sentencing news was a shock and I am aware of the allegations.

Growing up, Felicia was like a second mother to me. I think back and remember her understanding and respecting me more than my own mother.

When I was about 18 years old, I remember sitting at the kitchen counter watching her chop up produce for dinner. She was asking me questions about my life and my future in the military. I could tell she was proud of me. It made me reflect on her kindness and fortitude. She was a beautiful balance of both, and I remember thinking, I want to be like that. I want to be like her in this way.

I would also watch her put everyone else first and herself last. She was known to put the needs of her family, friends, and patients before her own. It was almost as if she didn't feel worthy of her own love. As someone who works with clients with mental health needs on a regular basis, I see a pervasive number of women who lack self-love and acceptance. My heart breaks for these women and Felicia because it can leave them vulnerable to predatory individuals with perilous outcomes.

I stand behind Felicia just like she stood behind me for all these years. She is generous, trustworthy, and caring.

Thank you for taking time to read my letter.

Sincerely,

Laura Siljander, MSW, RYT.

Judge Leonie M. Brinkema
C/O Dudley Law, PLLC
9255 Center Street, Suite 100B
Manassas, VA 20110

Dear Judge Leonie M. Brinkema:

I am writing this letter on behalf of Felicia Donald. I have known Felicia for over 15 years. I began working for Felicia in 2000 as a receptionist. I stayed with her until 2007 and only left to complete my bachelor's degree at Mason. Professionally, Felicia was always on top of her game. She was excellent with the patients, especially during difficult situations for example when dealing with cancer and loss of pregnancy. I've seen her calm a full waiting room even in an emergency with an excellent outcome. She was constantly thinking about my education, my career and the ability to make her practice. Her treatment of myself and the other staff was positive, that is why I stayed with her so long.

As I worked with her, we became friends. She delivered all three of my children, my oldest is now 16. We had the same interests and spent time outside of work pursuing those interests. We were in a book club together with several other women, and would meet monthly. This went on for a few years until I moved out of Fairfax to Leesburg. Felicia has always been kind and incredibly caring, and still is. In 2004, my father suffered a brain hemorrhage, rendering him incapable of most everything. This occurred while I was working for her. With complete understanding, she allowed me to maintain my position, cut back on my work hours and lend us my dad. She was full of support and through that day, always checking with me about my family. It was a horrible time for me and Felicia gave me the support and confidence I needed to get through it.

Through the years our relationship has grown and we still stay in touch. She is a true friend. I know she has faced some difficult times in the past but always comes through stronger because of her integrity as a woman. Felicia delivered all three of my children because of my trust in her. I have confidence in her about my family, and my own life struggles because I know I can rely on her sound judgment and compassion to find me the right way. Felicia has never steered me wrong and to this day I will still seek her advice and support. Felicia has been an important part of my life first as my employer/doctor then friend. When asked for advice she has always been truthful, even when I didn't want to hear the truth.



United States District Court
Eastern District of Virginia at Alexandria

To the Honorable Judge Brinkema:

My name is Alyssa Guberman and I am writing you today in support of Felicia Donald. I am aware that she is coming before the Court for sentencing in a drug distribution charge, and want to take this opportunity to tell you about the caring, generous and trusting mother, sister and daughter who I have known and loved most of my life.

I am currently a political and non-profit fundraiser, raising money for causes ranging from clinical research to homelessness. I have worked in this field for over ten years. I graduated from Langley High School in McLean, Virginia and received my Bachelor of Arts in Political Science from the University of North Carolina Wilmington. Growing up, I was surrounded by smart, selfless people who showed me that generosity and compassion are the cornerstones of society. Felicia was one of those people. This is why I delayed entering college to volunteer in South America. I worked with children in the favelas in Brazil. They had nothing, and sometimes no one, but their spirits shone brighter than those with everything and every privilege. These children inspired me to choose a career fighting for those who may need help fighting for themselves – which I still do today.

I met Danielle, Felicia's oldest daughter, in Kindergarten, and we have been best friends for over 27 years. We attended elementary, middle and high school together, and Felicia always made me feel like a part of their family. Two years ago, I had the privilege of marrying Danielle and her now husband, Christian Manrodt, who also grew up with us. Earlier this year, I was able to meet the newest member of the family, Harper Wolf Manrodt, Danielle's daughter, my "niece", and Felicia's first granddaughter. Danielle's fierce loyalty, faith in those she loves, and overwhelming generosity are what make her an unparalleled friend and amazing mother, traits that she was taught by Felicia.

Felicia raised three children as a single mother who have all grown into successful and strong adults. As an OBGYN, she prioritized her family while still taking care of her patients during emotional and sometimes scary times in their lives. She always cared for both her father, fondly known as Poppa, and her brother, Scottie, who has Schizophrenia, Bipolar Disorder, Diabetes, and other ailments that require full time care. She would visit Scottie every day, bring him to regular doctor's appointments and pick up his groceries and medications. After a stroke a few years ago, Poppa moved in with Felicia as he now needs daily care. I know that Felicia, Danielle, and Danielle's siblings are all very worried for Poppa and Scottie's well-being while she is not there to care for them.

Most of my youth was spent at Felicia's house – she was like a second mother to all of us. It is hard to choose just one moment that exemplifies this. Whether it was taking us to

school in the mornings, picking us up for play dates, helping us with homework, or giving medical advice when loved ones were sick - Felicia has been there for me through most major events in my life. I remember after my first heart break, I was not comfortable talking to my mother about how I was feeling. But Felicia stayed up with me while I cried, listened, and gave me great advice that I still think about today. She told me that boys come and go, but the friendships that I have (with Danielle and our other friends) are special. It is these relationships that will get me through many obstacles in life. 27 years later, she was right.

Looking back, I cannot believe the care she took of so many of us who were not her own. As a working, single mother of three caring for her father and brother, she often cooked dinner for four or five additional mouths. She made it to our games to cheer us on. With no child support from Danielle's father and no financial help to care for Poppa or Scottie from her siblings, she still ensured that each one of her children played sports, learned an instrument, and had tutors. She has spent her life caring for everyone around her, putting her wants and needs at the bottom of the list.

My friendship with Danielle and our group of friends is truly a sisterhood, one that Felicia helped nurture. She helped us through unimageable trauma, celebrated our triumphs, and helped us realize how important we are to each other. I hope that I can one day pay this forward with my children.

Over the past several years, Danielle has become increasingly worried about her mother. Felicia has made rash and illogical decisions that have negatively impacted her financial, professional, and emotional health. She has put trust into people who have taken advantage of her. Her mood has drastically changed. In short, she is not the same person who raised us. However, her selfless nature persists.

Since Felicia has been incarcerated, we have been writing each other letters. Even with everything happening in her life, she always asks about my family, my career, and my relationships. She truly cares about others and wants to be there for everyone in any way she can, even in the darkest of times.

I hope that Felicia has the opportunity to take care of her family, spend holidays with her children, and meet her granddaughter, who will soon be ten months old. But what I truly hope is that this letter helps you better understand the amazing person that Felicia Donald is, and the great role she has had in shaping the person I am today. Her family, her community, the World is better off with Felicia in it.


Sincerely,

Alyssa Guberman

Dear Honorable Judge Brinkema,

My name is Tara Adams and I am 35 years old. I am from McLean, VA and currently reside in Los Angeles now. I work at a small company called LearnSpectrum, IT Consulting firm based in Great Falls, VA for the past three years.

I have known Felicia Donald for several years through her daughter Danielle Williams who is one of my closest friends.

During that time, I have known Dr. Donald to be a very dependable, caring and sweet person. I lived with her daughter Danielle for a few years in Los Angeles and have had the privilege of visiting with Dr. Donald when she would visit Danielle in LA or back in our hometown in VA when we would come home for holidays. She is a very devoted mother of three and a wonderful daughter to her father whom she takes care of.

I also really got to know Dr. Donald when I had to get Myomectomy surgery. This is a very common surgery that OBGYN's do so it was nice to have a second opinion and advice that it will be ok. I was very nervous but knowing that I had a second opinion from a family friend made the nerves diminish greatly.

It is unfortunate the reason of this letter, but I do believe Dr. Donald is a good person, great mother and doctor.

Thank you very much for taking the time to read this letter.


Sincerely,


Tara Adams

November 23, 2020

Dear Honorable Judge Brinkema,

My name is Lauren Guberman and I am a Masters of Social Work student at Hunter College in New York, NY, expecting to receive my degree in May of 2021.

I have known Dr. Felicia Donald for over 20 years. I went to elementary, middle, and high school with Dr. Donald's daughters, and her daughter Julia was a close friend of mine in middle school. My sister, Alyssa Guberman remains close friends with Dr. Donald's daughter Danielle. I am aware that Dr. Donald is coming before the court for sentencing on a prescription drug distribution charge.

Growing up, especially in the early 2000s, I spent a lot of time at Dr. Donald's house. She was always caring and compassionate, and encouraged myself, my sister and her children to work hard in school. She was gracious with anything she had, always opening up her home to my sister and I. Dr. Donald took the time to help all of us with homework when she got home from work, and we had dinner together when possible as well. I remember being at Dr. Donald's house one evening when I was in middle school and she asked all the kids to get in her car to go on an adventure. She drove us to the Lincoln Memorial to spend time outside and to read the inscriptions in the memorial. We spend the evening hanging out on the National Mall, running up the steps of the Lincoln Memorial, reading the writing on it's walls. That is how I know Dr. Donald, as a generous, light-hearted mom who was always encouraging us to learn and grow.

Sincerely,

Lauren Guberman

July 26, 2020

Judge Leonie Brinkema
% Dischley Law PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110

Your Honor,

    I provide this character reference on behalf of my lifelong friend, Felicia Donald. My initial acquaintance with Felicia began when I was thirteen years old, and grew out of my close friendship with her brother. Throughout high school, I spent as much time at the Donald residence as I did my own home. As such, I had many opportunities to interact with Felicia and her family, and came to know the Donald's as a close knit and well regarded family.

    Being well regarded has always been the case with Felicia in particular. She was always an excellent student which allowed her to ultimately graduate from medical school. She has utilized her medical degree to help countless individuals over approximately 30 years, including myself and my daughter. Never has she failed to make herself available to discuss the miscellaneous illnesses our family has encountered over the years.

    Not only is she a great friend, she is also an extremely selfless and supportive member of her own family. She takes care of her 92 year old father who lives with her in her home. She is a loving daughter who is happy to give her father the close attention he needs. In addition, she also regularly cares for her brother, Scotty, who has various physical and mental limitations. She travels to Scotty's home multiple times a week to help him with chores around his house, and to ensure that he has everything he needs.

    In the nearly fifty years that I have known Felicia, she has proven herself to have all of the characteristics of a true friend: selfless, caring, and kind. While I'm not able to see Felicia as often as I would like due to our busy work schedules, we talk on the phone fairly regularly. Whether listening to me vent about the stresses of raising a child, fielding medical questions for myself or my daughter, or simply catching up, she always provides me with encouraging words and thoughtful insights. I am grateful to be able to call Felicia Donald my friend.

                       Sincerely,

                       William K. Dove II

November 20, 2020

Dear Judge Brinkema:

My name is Carl L. Donald. I am Felicia's dad. As for my education, I have a Ph.D in Government. and I worked at the Organization of American States for 23 years and later became a Realtor to occupy my time. I am currently 91 years old

Felicia is my first child. She was conceived while I was a student at Columbia University. She grew up in Austin, Texas, São Paulo, Brazil, Madison, Wisconsin, and McLean, Virginia. During my service in the OAS, she also accompanied me on a trip to Santo Domingo, Dominican Republic, where I met the president.

Felicia was always a hard working student who excelled at piano during her high school years. I thought she would study music in college, but she surprised me and studied Chemistry. She eventually became a pre-med student at Eastern Virginia University in Norfolk, Virginia. Her studies eventually led her to residences in University of Maryland and Eastern Caroline University in Greenville, North

Carolina.

While she excelled in her academic pursuits, she was not very successful in her personal relationships. Two marriages ended in divorce, and I noticed that she had limitations when selecting her friends. The men in her marriages tended to take advantage of her. She tended to trust her associates even though they frequently did not earn her trust. She seemed to be willing to give subordinates freedoms and responsibilities that they didn't earn. Several of her employees took advantage of her; in fact, receiving funds for office work that should have been hers. She tolerated this relationship even though I and her sister told her she should not accept this.

She provided me with useful support and always was available for advice. She helped me obtain a knee transplant several years ago and always would provide me with necessary medical support, including trips to doctors and hospitals. Her willingness to provide this support was greatly appreciated, and

I have ~~[illegible]~~ missed it while she has been incarcerated

Also, she was always available to help her brother, Scott, who has mental problems. He currently needs weekly visits to the Wound Care Center at Fair Oaks hospital and visits to other doctors.

Finally, I have had to hire a full-time nurse for myself and Scott. Her presence is necessary because of my age and my son's medical problems. Felicia's release would help me reduce these expenses.

Sincerely,

Carr I. Donald

P.S. I love Felicia and want the best to happen to her. She will always have my support as long as I live.

Judge Leonie M. Brinkema
c/o Dischley Law, PLLC
9255 Center Street, Suite 300B
Manassas, VA 20110

Honorable Judge Brinkema:

My name is Matthew Donald, and I am Felicia Donald's twenty-two-year-old son. I am writing this letter on behalf of Felicia Donald regarding her sentencing. I have lived with my mother essentially my whole life. I am currently a college student attending James Madison University. Prior to attending college, I was in the United States Marine Corps Reserves and was honorable discharge in August of this year.

Throughout my life my mother has taught me a great many things, with one of the biggest being kindness. There have been countless times where I have witnessed her take time to help patients, friends, and family members. While working, my mother often charged patients less if they were financially struggling; often going as far as to not charge them at all. She consistently helped patients who did not speak English and had just arrived in the United States. I recall that every Christmas our kitchen would be filled with various sweets from around the world; these were gifts from patients who were thankful for the kindness she showed them.

My mother has also taught me responsibility. You may be aware by now how my mother cares for her mentally ill brother and aged father. She has always been someone family members can rely on. Even now, while incarcerated, she continuously tries to provide support and arrange care for these people. No other family members have stepped up to take care of my grandfather and uncle in her absence. Throughout my mother's life she has often taken on more responsibility than she should. However, she has never complained or shied away from it. Her actions have taught me the importance of being responsible.

Additionally, my mother gave me a strong work ethic. While I was growing up, she was always working. She often left before the sun rose in the morning and returned once it was down. I have many memories as a child of her being on the phone with the hospital while we were out or waking up in the middle of night to deliver a baby. I remember once when I was younger asking her why she decided to be an OB-GYN physician, to which she responded, "because I wanted to help bring life into this world." This quote has stuck with me as a reminder that one needs a reason to work hard and strive for excellence and that effort alone is not enough.

Along with my mother's positive attributes, she also has her problems. One major problem is that she avoids confrontation. She has trouble standing up for her best interest. For example, she would be apprehensive to fire bad employees and often allowed family members to take advantage of her, myself included. When I was attending high school, I was failing out of school and hanging out with the wrong crowd. My mother was reluctant to confront me about my behavior. Furthermore, my mother's aversion to confrontation often has led to her lying to please people. For example, she will often agree to things regardless of if she wants to do them or not. I have seen this most clearly in my mother's relationship to her sister Julie who lives in Los

Angeles. She has gone to extreme lengths to please her, whether it be to loan her exorbitant amounts of money or put aside her own needs.

I have seen a dramatic change in the past two years. I have seen her actions become more erratic. I have seen her decision-making skill deteriorate. I have lived closely to this woman for most of my life. I have been around her more than anyone these past years. She has changed. She has not been acting rational.

In the last two years, she has made a string of stupid decisions and showed poor judgement. Two years ago, she made a bad business decision with a business partner who ripped her off. She would have never jumped into a business relationship without doing research before. She left her partner only to be sued by him later and lose more money. She had to liquidate her retirement funds to pay the lawsuits as her behavior continued to become more erratic. She made a series of bad medical decisions and was kicked out of Fair Oaks Hospital where she had spent the last 30 years working. These errors all happened in the past two years. The past thirty years she had worked with no error at all. At this point, she became more erratic and frantic. For example, she invested money into various medical machines that she did not have the means to pay for. She hired unqualified employees and took business advice from unqualified people. Two years ago, my mother would have never taken these actions. My mother's decisions in the past two-years have been inconsistent with who she has been my entire life. Even now, while she incarcerated, her decisions still baffle me.

In summary, my mother's been a kind, responsible, and hard-working parent my entire life. She has always worked hard and been dedicated to her profession. She is not the same woman I grew up with.

Respectfully,

Matthew Donald